IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| LARRY TOLBERT, ) | CASE NO.: 13-02654-BGC7 |
| AND JO S. TOLBERT, ) | |
| DEBTOR(S). ) | |

## TRUSTEE'S MOTION FOR AUTHORITY
## TO SELL PROPERTY BY PRIVATE SALE

Pursuant to Bankruptcy Code §363(b) and Federal Rules of Bankruptcy Procedure 2002(a)(2), 2002(c)(1), and 6004(c), the Trustee, André M. Toffel, (Trustee) moves this Honorable Court for authority to sell by private sale property of the estate that is described below, free and clear of liens and other interests except as otherwise stated herein. The proposed sale is other than in the ordinary course of business.

### PROPERTY TO BE SOLD:

Parcel of unimproved land located in Blount County, Alabama, approximately 10 +/- acres, more particularly described in the sales contract attached as Exhibit A.

### TERMS AND CONDITIONS OF SALE

The sale will be by Private Sale for $9,500.00. The purchasers are Lynn E. Tolbert and JoAnn Tolbert. The sale will be closed after the order approving this motion. There is a real estate commission to Asset Liquidators of ten percent (10%), subject to approval by the Court. The sale is a cash sale and not contingent on financing. The sales contract is attached as Exhibit A.

### LIENS AGAINST PROPERTY

There are no known liens on the property.

Case 13-02654-BGC7    Doc 45    Filed 01/08/14    Entered 01/08/14 16:43:58    Desc Main
Document    Page 1 of 8

## QUALIFICATIONS FOR SALE PURSUANT TO SECTION 363

The proposed sale qualifies under Bankruptcy Code Section 363(f)(3).

**WHEREFORE**, the Trustee moves the Court as follows:

A.  To order and direct that service of this Motion be made in accordance with Federal Rules of Bankruptcy Procedure 9014 on all parties in interest;

B.  To order the date, time, and place of hearing on this Motion and the time within which objections may be filed and served on the Trustee, pursuant to Federal Rules of Bankruptcy Procedure 6004(c), 2002(a)(2) and 2002(c)(1);

C.  On such hearing, to approve the proposed Private Sale and grant the Trustee the authority to sell and convey the property; and to execute any instrument necessary by order of the Court, or otherwise, to effect the transfer to a purchaser, pursuant to Federal Rule of Bankruptcy Procedure 6004(f)(2);

D.  Order that liens, if any, shall attach to the proceeds of the sale and if, on such hearing, it should appear that there are parties claiming an interest in the property to be sold, to approve and confirm the sale nevertheless, and to order the Trustee to hold the consideration paid on the date of the sale until the dispute can be resolved; and

E.  To grant such other, further and different relief as may be proper in the premises to effect the sale of said property;

Respectfully submitted this the 8th day of January 2014.

/s/ Marvin E. Franklin
Marvin E. Franklin
Attorney for Trustee

**OF COUNSEL:**
NAJJAR DENABURG, P. C.
2125 Morris Avenue
Birmingham, Alabama 35203
(205)250-8400

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Trustee's Motion for Authority to Sell Property by Private Sale was served this the 9th day of January 2014, by placing a copy of same in the United States Mail, postage prepaid, upon the following:

Larry D. Tolbert
and Jo S. tolbert
855 Mount View Road
Hayden, AL 35079

Debra L. Belcher
P.O. Box 1754
Gardendale, AL 35071

Andre' M. Toffel
600 20th. Street North
Suite 300
Birmingham, AL 35203

/s/ Marvin E. Franklin
Of Counsel

# LOTS OR OTHER UNIMPROVED LAND SALES CONTRACT

Form Approved by Birmingham Association of REALTORS®, Inc.
March 29, 2006 (Previous forms are obsolete and no longer approved)

Date: __12-14-13__

The undersigned Buyer(s) __Lynn E Tolbert OR JoAnn Tolbert__ hereby agrees to purchase and
*(Please print exact names in which title will be taken)*

the undersigned Seller(s) _____ hereby agrees to sell the following
*(Please print exact names in which title will be taken)*

described lot(s) or other unimproved land and appurtenances thereto (the "Property") situated in the City
of _____, County of __Blount__, Alabama, on the terms stated below:

Parcel 25-01-12-0-000-001.000
25-01-12-0-000-005.003
25-01-12-0-000-005.002
25-01-12-0-000-006.001
25-01-12-0-000-006.000
25-01-01-0-000-025.000

1. THE TOTAL PURCHASE PRICE OF THE PROPERTY SHALL BE $ __9,500.00__

   Earnest Money under this Contract shall be  $ __500.00__
   
   __9,000.00__

   (A) FINANCING: (*Check as applicable*)

   [X] (1) Buyer will pay cash or obtain a loan for the Property with no financing contingency.

   [ ] (2) This Contract is contingent on Buyer obtaining approval of a loan in the amount of $ _____ or _____ % of the Purchase Price (excluding any financed loan costs) at the prevailing interest rate and loan costs. Buyer will apply for financing within _____ days (7 days if left blank), from the Finalized Date and will provide any and all credit, employment, financial and other information required by the mortgage lender. "Finalized Date" shall mean the date that appears under the signatures of the parties to this Contract. **No term of this financing contingency can be changed without written authorization of the Seller.**

   (B) DEVELOPMENT: (*Check if applicable*)

   ~~This Contract is contingent upon Buyer obtaining appropriate financing, applicable building permits, all utilities (electricity, gas, sewer and water) for use on the Property for the purpose intended. In the event there is not a public sewer system, this Contract is also subject to approval by proper Health Department authorities of a permit for installation of a septic tank. In the event of any one of these contingencies cannot be fulfilled on or before _____, 20____ Seller agrees to refund Earnest Money and this Contract shall become null and void.~~ Buyer is responsible for determining whether all necessary utilities are on the Property and are available for the intended purpose of the Buyer.

2. CLOSING DATE: The sale shall be closed and the deed delivered on or before _____
   _____, 20____ at ____ a.m. ____ p.m. ____ After Court approval

3. EARNEST MONEY & BUYER'S DEFAULT: Seller and Buyer hereby direct the Listing Company to hold the Earnest Money in trust until this Contract has been accepted and signed by all parties, at which time the Earnest Money will be promptly deposited into the escrow account of the

$500.00

The Birmingham Association of Realtors®, Inc. is not engaged in rendering legal, accounting or other professional service by approving this form. This form is published as a service to member real estate professionals and an explanation of its various provisions should be obtained from the appropriate professional. Because of varying state and local laws, competent legal or other advice should be secured before using any form. If a user of this form makes any substantive changes to any portions above, the form will no longer be an approved form.

Copyright 2006 by the Birmingham Association of REALTORS®, Inc.       Lots or Other Unimproved Land Sales Contract Page 1 of 5

**EXHIBIT A**

Listing Company. In the event an offer or counteroffer is not accepted, the Earnest Money shall be returned to Buyer without a signed release. If the Contract is accepted and signed by all parties and the sale does not close, however, a separate mutual release signed by all parties to this Contract will be required before the Earnest Money will be disbursed. In the event either Buyer or Seller claims the escrowed funds without the agreement of the other party, any holder of the escrowed funds, as prescribed by Alabama Real Estate License Law Rule: 790-X-3-.03 (4), (5), must either retain the escrowed funds until there is a written mutual release among the parties or interplead the disputed portion of the funds into the appropriate court, and shall be entitled to deduct from the escrowed funds for court costs, attorney fees and other expenses relating to the interpleader; provided, however, that any Claim as defined in Paragraph 15 below shall remain subject to mediation and arbitration as set forth in said Paragraph. Seller, at Seller's option, may cancel this Contract if the Earnest Money check is rejected by the financial institution upon which it is drawn. In the event of default by Buyer, all deposits made hereunder may be forfeited as liquidated damages at the option of Seller, provided Seller agrees to the cancellation of this Contract, or alternatively, Seller may elect to pursue his or her available legal or equitable remedies against Buyer pursuant to Paragraph 15 below.

4. **AGENCY DISCLOSURE:**

The listing company is ___Asset Liquidator, Inc.___

The selling company is ___Same___

The listing company is: *(Two blocks may be checked)* ☐ An agent of the seller. ☐ An agent of the buyer.
☐ An agent of both the seller and buyer and is acting as a limited consensual dual agent.
☐ Assisting the ☐ buyer ☐ seller *(check one or both)* as a transaction broker.

The selling company is: *(Two blocks may be checked)* ☐ An agent of the seller. ☐ An agent of the buyer.
☐ An agent of both the seller and buyer and is acting as a limited consensual dual agent.
☐ Assisting the ☐ buyer ☐ seller *(check one or both)* as a transaction broker.

Buyer's Initials [CP] [DEJ]   Seller's Initials [AMT, Trustee]

5. **TITLE INSURANCE:** Seller agrees to furnish Buyer a standard form owner's title insurance policy at Seller's expense, issued by a company qualified to insure titles in Alabama, in the amount of the Purchase Price, insuring Buyer against loss on account of any defect or encumbrance in the title, subject to exceptions herein, including Paragraphs 6 & 8 below; otherwise, the Earnest Money shall be refunded in accordance with Paragraph 3 above. In the event owner's and mortgagee's title policies are required at closing, the total expense of procuring the two policies will be divided equally between Seller and Buyer, even if the mortgagee is the Seller. Seller shall have a reasonable length of time within which to perfect title or cure defects in the title to the Property.

6. **SURVEY:** Buyer ☐ does ☒ does not require a survey by a registered Alabama land surveyor of Buyer's choosing. The lender may require a survey and it is recommended that a new survey be obtained on all purchases. Available information indicates that the Property ☐ is ☒ is not located in a flood plain, but this should be confirmed by a flood plain certification and/or a current surveyor's statement in the survey which shall be the responsibility of Buyer. Further, unless otherwise agreed herein, the Property is purchased subject to utility easements, residential subdivision covenants and restrictions, if any, and building lines of record. It is the responsibility of Buyer to determine, prior to closing of this Contract, whether the foregoing materially impairs the use of the Property for intended purposes. Unless otherwise agreed herein, the survey shall be at Buyer's expense.

The Birmingham Association of Realtors®, Inc. is not engaged in rendering legal, accounting or other professional service by approving this form. This form is published as a service to member real estate professionals and an explanation of its various provisions should be obtained from the appropriate professional. Because of varying state and local laws, competent legal or other advice should be secured before using any form. If a user of this form makes any substantive changes to any portions above, the form will no longer be an approved form.

Copyright© 2006 by the Birmingham Association of REALTORS®, Inc.            Lots or Other Unimproved Land Sales Contract, Page 2 of 5

Case 13-02654-BGC7    Doc 45    Filed 01/08/14    Entered 01/08/14 16:43:58    Desc Main
Document    Page 5 of 8

7. **PRORATIONS:** Ad valorem taxes, as determined on the date of closing, accrued interest on mortgage(s) assumed, and homeowners association, fire district or other dues, fees or assessments are to be prorated between Seller and Buyer as of the date of closing, and any existing escrow deposits shall be credited to Seller. Unless otherwise agreed herein, all ad valorem taxes except municipal are presumed to be paid in arrears for purpose of proration; municipal taxes, if any, are presumed to be paid in advance.

8. **CONVEYANCE:** Seller agrees to convey the Property to Buyer by __Trustee__ ~~warranty~~ deed (check ☑ if Buyer desires that title be held as joint tenants with rights of survivorship), free of all encumbrances except as permitted in this Contract. Seller and Buyer agree that any encumbrances not herein excepted or assumed may be cleared at the time of closing from sales proceeds. The Property is sold and is to be conveyed subject to any mineral and/or mining rights not owned by Seller. Seller understands that the present zoning classification is: _____. It is Buyer's responsibility to verify the current zoning classification.

9. **CONDITION OF THE PROPERTY: SELLER MAKES NO REPRESENTATIONS OR WARRANTIES REGARDING CONDITION OF THE PROPERTY EXCEPT TO THE EXTENT EXPRESSLY AND SPECIFICALLY SET FORTH HEREIN.** Purchaser has the obligation to determine any and all conditions of the Property material to Buyer decision to buy the Property, including without limitation, subsurface condition, including the presence or absence of sinkholes, mining activity, wells or buried tanks and other objects; soil conditions; and utility and sewer or septic availabilty and condition. Except as otherwise stated in this Contract, Buyer accepts the Property in its present "as is" conditions.

Buyer's Initials [signed] [signed]     Seller's Initials [AmT, Trustee]

10. **DISCLAIMER:** Seller and Buyer hereby acknowledge and agree that they have not relied upon any advice or representation of the Listing Broker or Company or the Selling Broker or Company or any of their sales associates ("brokers and sales associates"), and accordingly Seller and Buyer agree that no broker or sales associate shall be held responsible for any obligations or agreements that Seller or Buyer have to one another hereunder. Further, Seller and Buyer agree to discharge and release the brokers and sales associates from any claims, demands, damages, actions, causes of actions or suits at law arising in any way from this Contract related to the Property, and shall include but not be limited to the availability or location of utilities, sewer or septic system; the investment or resale value of the Property; subsurface or subsoil conditions such as sinkholes, mining or other soil conditions, including radon or other potentially hazardous gases or toxic materials; Property access, easements, covenants, restrictions, development structure, and appurtenances thereto, the availability of utilities or sewer service; and any matters affecting the character of the neighborhood; the past, present, or future financial stability of the developer, if any, or the future insurability of the Property; the investment or resale value of the Property; or any other matters affecting the willingness of the Seller and Buyer to sell or purchase the Property on the terms and at the Purchase Price herein set forth. Seller and Buyer acknowledge and agree that if such matters are of concern to them in the decision to sell or purchase the Property, they have sought and obtained independent advice relative thereto.

Buyer's Initials [signed] [signed]     Seller's Initials [AmT, Trustee]

11. **SELLER WARRANTY:** Seller warrants that Seller has not received notification from any owners association or lawful authority regarding any unpaid assessments, pending assessments, pending public improvements, or repairs, replacements, or alterations to the Property that have not been satisfactorily made. ~~Seller warrants that there is no unpaid indebtedness on the Property except as described in this Contract.~~ These warranties shall survive the closing. *AmT, Trustee*

The Birmingham Association of Realtors®, Inc. is not engaged in rendering legal, accounting or other professional service by approving this form. This form is published as a service to member real estate professionals and an explanation of its various provisions should be obtained from the appropriate professional. Because of varying state and local laws, competent legal or other advice should be secured before using any form. If a user of this form makes any substantive changes to any portions above, the form will no longer be an approved form.

Case 13-02654-BGC7    Doc 45    Filed 01/08/14    Entered 01/08/14 16:43:58    Desc Main
Document      Page 6 of 8

12. **HAZARDOUS SUBSTANCES:** Seller and Buyer expressly acknowledge that the Broker(s) have not made an independent investigation or determination with respect to the existence or nonexistence of PCB transformers, or other toxic, hazardous or contaminated substances or gases in, on, or about the Property, or for the presence of underground storage tanks. Any such investigation or determination shall be the responsibility of Seller and/or Buyer and Broker(s) shall not be held responsible therefor.

13. **SELECTION OF ATTORNEY:** Buyer and Seller hereby ☐ do ☒ do not agree to share the fees of a closing attorney. Buyer and Seller acknowledge and agree that such sharing of fees may involve a conflict of interest on the part of the attorney and the attorney will require that an affidavit be signed at closing acknowledging the conflict of interest and Buyer's and Seller's acceptance of the same. The parties further acknowledge that they have a right to be represented at all times by separate and independent counsel in connection with this Contract and the closing thereof by an attorney of their own choosing at their own expense.

14. **OTHER OFFERS WHILE BUYER'S OFFER IS PENDING:** Buyer hereby acknowledges that offers other than Buyer's offer may have been made or may be made before Seller acts on or while Seller is considering Buyer's offer or counteroffer. While the Buyer's offer or counteroffer is pending, and before this Contract becomes effective, Seller hereby expressly reserves the right to reject Buyer's offer or counteroffer or to withdraw any offer previously made by Seller to Buyer relating to the Property, and to accept any other offer or counteroffer.

15. **MEDIATION AND ARBITRATION/WAIVER OF TRIAL BY JURY:** All claims, disputes or other matters in question arising out of or relating in any way to this Contract or the breach thereof, including claims against any broker or sales associate, or relating to the relationship involved with, created by or concerning this Contract, including the involvement of any broker or sales associate ("Claim"), shall be submitted to mediation with a mutually agreed upon mediator within forty-five (45) days of notice of the Claim. In the event no mediated resolution is reached within sixty (60) days of the party's notice of the Claim, all Claims shall be resolved by binding arbitration by a single arbitrator in Birmingham, Alabama in accordance with the Commercial Arbitration Rules of the American Arbitration Association then in effect. <u>EACH PARTY ACKNOWLEDGES THAT HE OR SHE IS KNOWINGLY WAIVING THE RIGHT TO A TRIAL BY JURY RELATING TO ALL CLAIMS.</u> All disputes concerning the arbitrability of any Claim or the enforceability or scope of this provision shall be subject to the same binding arbitration. The parties shall bear equally the cost of the arbitrator and each party shall otherwise bear their own costs; provided the arbitrator shall have the authority to award costs as a part of this award to the extent authorized by applicable law. The arbitrator shall follow the law applicable to any Claim and shall be empowered to award any damages or other relief which would be available under the law applicable to any such Claim. The determination of the arbitrator shall be final, binding on the parties and non-appealable, and may be entered in any court of competent jurisdiction to enforce it. The parties acknowledge and agree that the transactions contemplated by and relating to this Contract, which may include the use of materials and components which are obtained from out-of-state and which otherwise include the use of interstate mails, roadways and commerce, involve interstate commerce, as that term is defined in the Federal Arbitration Act, 9 U.S.C. § 2.

Buyer's Initials [signature] [signature]    Seller's Initials [AmT, Trustee] [ ]

The Birmingham Association of Realtors®, Inc. is not engaged in rendering legal, accounting or other professional service by approving this form. This form is published as a service to member real estate professionals and an explanation of its various provisions should be obtained from the appropriate professional. Because of varying state and local laws, competent legal or other advice should be secured before using any form. If a user of this form makes any substantive changes to any portions above, the form will no longer be an approved form.

Copyright© 2006 by the Birmingham Association of REALTORS®, Inc.    Lots or Other Unimproved Land Sales Contract, Page 4 of 5

16. **FACSIMILE OR COUNTERPART SIGNATURES:** This Contract may be executed and delivered by any party hereto by sending a facsimile of the signature or by a legally recognized e-signature. Such facsimile signature or legally recognized e-signature shall be binding upon the party so executing it upon the receipt of the signature by any other party.

17. **ADDITIONAL PROVISIONS:** Additional provisions to this Contract are set forth on the attached Addendum(s) # _____ which shall be signed by all parties and shall be part of this Contract.

18. **OBLIGATION FOR FEES AND EXPENSES:** Buyer and Seller acknowledge that in the event this Contract is cancelled or does not close for any reason, fees or costs paid in advance may be non-refundable.

19. **ENTIRE AGREEMENT:** This Contract constitutes the entire agreement between Buyer and Seller regarding the Property, and supersedes all prior discussions, negotiations and agreements between Buyer and Seller, whether oral or written. Neither Buyer, Seller, nor any broker or sales associate shall be bound by any understanding, agreement, promise, or representation concerning the Property, expressed or implied, not specified herein.

*Sold As Is Where Is*
*Sold Subject To US Bankruptcy Court Approval*
*※ Property is Free And Clear of Any Liens*
*Seller Will Provide title insurance And good Title*

**THIS IS A LEGALLY BINDING CONTRACT. IF YOU DO NOT UNDERSTAND THE LEGAL EFFECT OF ANY PART OF THIS CONTRACT, SEEK LEGAL ADVICE BEFORE SIGNING.**

_____ / Witness to Buyer's Signature
_____ / Witness to Buyer's Signature
_____ / Witness to Seller's Signature

Buyer: Jo Ann Jellet — 12/25/13
Buyer: Lynn E. Joshl — 12/25/13
Seller: Andre M. Toffel, a Trustee — Jan. 6, 2014

_____ / Witness to Seller's Signature
Seller _____ (Date)

**Finalized Date:** _____, 20____
*(Date on which last party signed or initialed acceptance of final offer)*

---

**EARNEST MONEY:** Receipt of the earnest money in the amount identified in Paragraph 1 is hereby acknowledged.
☐ CASH    ☐ CHECK
LISTING COMPANY: Andre Toffel, Trustee    BY: _____ DATE _____ 20 ____

---

The Birmingham Association of Realtors®, Inc. is not engaged in rendering legal, accounting or other professional services by approving this form. This form is published as a service to member real estate professionals and an explanation of its various provisions should be obtained from the appropriate professional. Because of varying state and local laws, competent legal or other advice should be secured before using any form. If a user of this form makes any substantive changes to any portions above, the form will no longer be an approved form.

Copyright 2010 by the Birmingham Association of REALTORS®, Inc.    Lots or Other Unimproved Land Sales Contract Page 5 of 5